IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ule D.C.

05 MAY -3 PM 4: 51

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

HERBERT DIXON, )
)
    Plaintiff, )
)
v. )  No. 05-2161
)
JOHN E. POTTER, POSTMASTER )
GENERAL, UNITED STATES )
POSTAL SERVICE, )
)
    Defendant. )
)

ORDER

It is ORDERED that this matter is hereby transferred to the Honorable Bernice B. Donald in exchange for an equivalent case. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number **from** 05-2161-Ml/P **to** 05-2161-D/P.

IT IS SO ORDERED this 3 day of May, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-5-05

12

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02161 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT