IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -8 AM 11: 58

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| HERBERT DIXON, | ) | |
| Plaintiff, | ) ) ) ) ) | |
| vs. | ) | Civil No. 05-2161- D/P |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | ) ) ) ) | |
| Defendant. | ) | |

## JOINT SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held June 9, 2005. Present were Kathleen L. Caldwell, counsel for plaintiff, and Linda N. Harris, counsel for defendants. At the conference, the following dates were established as the final dates for:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1): July 8, 2005

2. Joining Parties: July 8, 2005.

3. Amending Pleadings: July 8, 2005

4. Initial Motions to Dismiss: August 8, 2005

5. Completing All Discovery: January 16, 2006

    (a) Document Production: January 16, 2006

    (b) Deposition, Interrogatories, Requests for Admissions: January 16, 2006

    (c) Expert Witness Disclosures:

        (1) Disclosure of Plaintiff's Rule 26 Expert: November 15, 2005

   (2) Disclosure of Defendant's Rule 26 Expert: December 15, 2005

   (3) Expert Witness Depositions: February 28, 2006

6. Filing Dispositive Motions: February 28, 2006

This case is set for a non-jury trial, and the trial is expected to last 1-2 days. The pretrial order date, pretrial conference date, and the trial date will be set by the presiding judge.

The parties cannot assess whether this case is appropriate for ADR until some discovery has been conducted. The parties are ordered to notify the Court no later than February 28, 2006, if they believe ADR is appropriate.

The parties have not consented to trial before the magistrate judge.

This Order has been entered after consultation with the parties pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

  IT IS SO ORDERED.

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

Date: June 8, 2005

_____
KATHLEEN L. CALDWELL  by permission
Counsel for Plaintiff

_____
LINDA NETTLES HARRIS
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02161 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT