IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 NOV 17 PM 1:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

HERBERT DIXON, )
 )
    Plaintiff, )
 )
vs. ) Case No: <u>05-2161-Ma/P</u>
 )
JOHN E. POTTER, )
 )
    Defendant. )

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO DESIGNATE RULE 26 EXPERT DISCLOSURE

    Before the court is Plaintiff's Motion for Extension of Time to Designate Rule 26 Expert Disclosure, filed November 15, 2005. For good cause shown and no opposition thereto, the motion is hereby GRANTED. Plaintiff, Herbert Dixon, shall have up to and including December 15, 2005, to designate his expert and defendant, John E. Potter, shall have up to and including January 15, 2006, to designate his expert.

    The dates previously set for the proposed joint pretrial order, pretrial conference, and jury trial, shall remain the same.

    IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

November 17, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-18-05

18

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02161 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Sandra W. Bowens
UNITED STATES POSTAL SERVICE
Law Department
225 North Humphrey's Blvd.
Memphis, TN 38166--017

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT